# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOUND COLORADO, LTD, and | ) | |
| VOUND, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. _____ |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| E-HOUNDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Vound Colorado, Ltd. ("Vound Colorado") and Vound, LLC (collectively,

"Vound") file this Complaint for trademark infringement and breach of contract against

Defendant E-Hounds, Inc. ("Defendant" or "E-Hounds") and allege as follows:

## THE PARTIES

1.      Vound Colorado, Ltd. is a Colorado limited liability corporation whose address is

10643 N Frank Lloyd Wright Blvd, Unit 101, Scottsdale, AZ 85259.

2.      Vound, LLC is a Delaware limited liability company whose address is

10643 N Frank Lloyd Wright Blvd., Scottsdale, AZ 85259.

3.      Vound, founded in 2008, is a leading global vendor of technology used for

forensic search, eDiscovery, and information governance.  Vound's Intella® range of

eDiscovery, information governance, digital forensic and legal investigation software is used by

the world's best-known enterprises and legal organizations.  In particular, its Intella® Connect

web-enabled browser-based review platform has seen enormous commercial success.  Similarly

successful is Vound's Intella® Pro email investigation and eDiscovery software tool for

1

processing, searching, filtering and producing large volumes of electronically stored information. Both Intella® Connect and Intella® Pro have strong reputations and instant brand recognition in the eDiscovery market.

4.      On information and belief, E-Hounds, Inc. is a Florida corporation whose address is 32815 US Hwy 19 N, Suite 100, Palm Harbor, FL 34684.  On information and belief, and as reflected in the 2021 Florida Profit Corporation Annual Report filed with the Florida Secretary of State on February 3, 2021, non-party Adam Sharp is the President and CEO of E-Hounds.

5.      Vound is informed and believes that E-Hounds is in the business of providing computer forensics services, including data recovery and evidence gathering.

## JURISDICTION AND VENUE

6.      This action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq*.  This Court has original jurisdiction over this controversy pursuant to 15 U.S.C. §§ 1121.

7.      Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1338, and with respect to claims under state law, by the principles of pendant jurisdiction.

8.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b).  Further, Defendant agreed in the Vound Colorado Ltd. Software License Agreement for the Intella® Software (Exhibit A, the "SLA") that courts located in the state of Delaware shall have exclusive jurisdiction over any action based upon any right arising out of the SLA.  In addition, the SLA provides that Defendant has waived any objection to venue in courts located in the state of Delaware.

9.      This Court has personal jurisdiction over Defendant because Defendant conceded personal jurisdiction by agreeing to the SLA. Further, Defendant agreed in the SLA that courts

located in the state of Delaware shall have exclusive jurisdiction over any action based upon any right arising out of the SLA.

## **VOUND AND ITS INTELLA® SOFTWARE**

10.    Vound brings this suit against E-Hounds for unlawfully passing off Vound's Intella® Software as E-Hounds' own and for breach of contract.

11.    Vound is an international software company that develops and sells Intella® Pro and Intella® Connect, an innovative family of products for digital forensic investigations and eDiscovery. Intella® Software is used by government agencies and corporations worldwide to undertake civil and criminal investigations involving lawfully seized digital evidence. Vound's applications offer a visually rich, search engine-like tool for searching unstructured data.

12.    Vound's Intella® Software is protected by a variety of intellectual property rights, including U.S. Trademark Registration No. 5,787,612 (the '612 Registration); common law trademark rights; copyright; and Vound's trade secrets.

13.    The '612 Registration protects the wordmark "Intella" and is owned by Vound, LLC.  Vound, LLC has provided Vound Colorado with a license to use and exploit all intellectual property, including trademarks protected by the '612 Registration, that is owned by Vound, LLC.

14.    The Intella® Software itself bears the Intella® registered trademark.  Figure 1 below, for example, shows the Intella® trademark and the "Vound" trademark as used on the login screen for Intella® Connect software.

3



Fig. 1

15.     Vound has accrued common law rights in its unregistered Vound trademark through its extensive use of the mark in connection with sales and distribution of its software products in commerce throughout the United States.

16.     The Vound trademark is also used in the Intella® Software and denotes the owner, developer, and provider of the Intella® Software.

### E-HOUNDS LICENSES THE INTELLA® SOFTWARE

17.     On or around November 9, 2011, E-Hounds purchased one license to use Intella® 100 and then upgraded to Intella® Pro on February 2, 2013.   On November 9, 2011, Vound provided to E-Hounds a Dongle, with Identification Number 432499901 (the "Pro Dongle"), that

would enable E-Hounds to use Intella® 100, then be upgraded to Intella® Pro, subject to the terms of the SLA.

18. On or around November 18, 2014, E-Hounds purchased one license to use Intella® Connect. On or around November 18, 2014, Vound provided to E-Hounds a Dongle, with Identification Number 1271372196 (the "Connect Dongle"), that would enable E-Hounds to use Intella® Connect, subject to the terms of the SLA.

19. As of December 31, 2020, the Connect Dongle contained a license to use only Intella® Connect version 2.4. As of December 31, 2020, the Pro Dongle contained a license to use only Intella® Pro versions 2.0 – 2.3.

20. E-Hounds also purchased an annual Support and Maintenance Agreement for each license in each year between 2011 and 2020 for the Intella® Pro Dongle and 2014 to 2020 for the Intella® Connect Dongle.

21. E-Hounds' license to use Intella® Software is governed by the terms of the SLA, which, in relevant part, states that:

> Subject to the terms and conditions of this Agreement, including without limitation payment of the license fee pursuant to Section 8 below, Vound grants to You a non-exclusive, non-transferable, limited right to Use the Software, in object code form only, and associated Documentation, solely for Your internal business purposes. . . . You may Use the Software on any device connected to the USB device (the "Dongle") issued by Vound. Vound will only issue one Dongle in connection with this Agreement. Except as otherwise set forth in the Maintenance and Support Agreement, Vound will not replace lost, stolen or damaged Dongles.

SLA at Paragraph 2. The SLA does not permit the end user to emulate a device in order to run multiple instances of Intella® Software.

22.   To use the Intella® Software, E-Hounds must physically plug into its computer the Dongle, which is an encoded thumb drive (referred to as a HASP dongle) that enables the Intella® Software to function on a single E-Hounds computer system.

23.   As stated in Paragraph 2 of the SLA, the Intella® Software may be run only if the device running the software is connected to a Dongle that has been provided by Vound in connection with a purchase by a customer, such as E-Hounds, of a license to use the Intella® Software.  The use of the Dongle authentication system prevents a user from running unlicensed instances of the Intella® Software.

24.   The SLA also prohibited E-Hounds from using the Intella® Software outside the scope of the license:

> Restrictions. With respect to the Software, in whole or in part, You may not: (a) decompile, disassemble, decrypt, extract, reverse engineer or otherwise attempt to obtain the source code of the Software, except to the extent expressly permitted by applicable law despite this limitation; (b) copy or otherwise reproduce the Software, in any format (electronic, print or other format), except to the extent expressly permitted by Vound in writing; (c) modify, revise, adapt or otherwise prepare derivative works of the Software; (d) distribute, publicly perform or publicly display the Software; (e) Use the Software to operate a service bureau or otherwise rent, lease, loan, sub-license or sell the Software to any other party; (f) permit or authorize any other person or entity to do any of the foregoing. Any rights not explicitly granted under this Agreement are hereby reserved.

SLA at Paragraph 4.

25.   Specifically, Paragraph 4 of the SLA prohibits the modification of the Intella® Software.

## E-HOUNDS BREACHES THE SLA

### A. E-Hounds Modifies Intella® Software in Violation of the SLA

26.     In November 2020, Vound learned that E-Hounds had modified the Intella® Software so that it appeared that E-Hounds, and not Vound, was the developer and seller of the software.

27.     E-Hounds replaced certain graphics in the Intella® Software to create the false impression that E-Hounds, and not Vound, created and provided the Intella® Software.  Figure 2, below, depicts the login screen of Intella® Software as could be accessed by E-Hounds' customers.



Fig. 2

28.     As shown in Figure 2, the Intella® Connect logo shown in Figure 1 has been replaced by E-Hounds' own logo and the Vound logo located in the bottom right has been replaced with a portion of the same E-Hounds' logo.[1]  Further, E-Hounds' implementation of the Intella® Software purports to have been "Created by E-Hounds Review."

29.     On information and belief, E-Hounds changed the Vound and Intella® marks throughout the software it licenses from Vound and provides as a service to E-Hounds' customers.

30.     As a result, E-Hounds has violated Paragraph 4 of the SLA for modifying the Intella® Software.

31.     E-Hounds also provided a false designation of origin with respect to the Intella® Software by replacement of Vound and Intella® marks throughout the software it licenses from Vound and provides as a service to E-Hounds' customers.

32.     E-Hounds' actions have caused consumers to be confused as to the origin of the Intella® Software.

33.     There is significant value in rebranding the Intella® Software with a customer's branding.  Vound offers a co-branding option that allows a customer's branding to appear alongside the Intella® and Vound branding in the Intella® Software.  Pricing varies depending on the needs of the customer, with pricing starting at $3,500 per year.  Many of Vound's customers select this option.  Vound does not offer a rebranding option wherein the Intella® and Vound marks are replaced by the customer's branding.

---

[1] Although E-Hounds has displayed a registered trademark symbol in connection with this logo, the logo is not registered with the U.S. Patent and Trademark Office.

**B.** **E-Hounds Uses an Unauthorized Dongle to Run Unauthorized Instances of Intella® Software in Violation of the SLA**

34.     As discussed above, a license to use Intella® Connect authorizes the end user to run one instance of the Intella® Connect program.  On or around November 27, 2020, Vound first became aware that E-Hounds had established certain sub-domains on its top-level website that were being used to host numerous instances of Intella® Connect.  Upon information and belief, E-Hounds established these sub-domains for the benefit of and use by E-Hounds' clients, including law firms and agencies.  As discussed below, there is evidence that E-Hounds' circumvention of licensing restrictions had been ongoing, undetected, since 2018, and may still continue to this day.

35.     The only Dongle that E-Hounds was authorized to use with Intella® Connect was licensed to run one instance of the Intella® Connect program, which is capable of sharing a maximum of six cases.  Based upon Vound's review of the sub-domains, however, E-Hounds had been running at least four instances of Vound's Intella® Connect.

36.     For example, Figure 3, which reflects screenshots of the "Inspect Element" tool within the Chrome browser while visiting the displayed sub-domains, shows that E-Hounds was simultaneously running multiple versions of the software (2.1.1.2 and 2.1.1.3) on its servers, confirming that these subdomains were different instances of Intella® Connect.  In addition, the "Last Modified" date field, which displays the date and the time when the particular instance of Intella® Connect was installed on the server hosting the sub-domain, reflects different installation dates, some as far back as 2018.  As with the different software versions, these different installation dates evidence different instances, despite E-Hounds' license to run only one instance.



Fig. 3.

37.     Figure 4 reflects a listing of all sub-domains that Vound detected on E-Hounds'
website, which identify the various Intella® Connect versions running on the sub-domains.

| Subdomain | Date installed | Etag | File | Connect version |
|---|---|---|---|---|
| | This is when IntellaConnect.exe was written | Like MD5 of login.html page | Each Connect version gets unique file. | |
| review1 | Wed, 16 May 2018 10:59:10 GMT | 39b186f06a43278dbcc3777febf56d63 | styles.7a849ebd077eeae8155a.bundle.css | 2.1.1.2 |
| review2 | Wed, 28 Nov 2018 22:47:23 GMT | 767a651897ef7f4eb16f120ee9860f52 | styles.7a849ebd077eeae8155a.bundle.css | 2.1.1.2 |
| review3 | Thu, 17 May 2018 02:04:35 GMT | dde1442d99222588ec3a47ab8b01702d | styles.7a849ebd077eeae8155a.bundle.css | 2.1.1.2 |
| review4 | Mon, 03 Aug 2020 17:41:10 GMT | 9cd0420e7e56dbf41c6202118d28d54a | styles.5e672f9b3a70c217379f.css | 2.3.1.2 |
| review5 | Wed, 28 Nov 2018 22:47:23 GMT | 767a651897ef7f4eb16f120ee9860f52 | | 2.1.1.2 |
| review6 | Thu, 17 May 2018 02:04:35 GMT | dde1442d99222588ec3a47ab8b01702d | | 2.1.1.2 |
| review7 | Thu, 17 May 2018 02:04:35 GMT | dde1442d99222588ec3a47ab8b01702d | | 2.1.1.2 |
| review8 | Wed, 28 Nov 2018 22:47:23 GMT | 767a651897ef7f4eb16f120ee9860f52 | | 2.1.1.2 |
| review9 | Wed, 28 Nov 2018 22:47:23 GMT | 767a651897ef7f4eb16f120ee9860f52 | | 2.1.1.2 |
| review10 | Wed, 28 Nov 2018 22:47:23 GMT | 767a651897ef7f4eb16f120ee9860f52 | | 2.1.1.2 |

Fig 4.

38.     Figure 5 shows a separate set of ehreview.ehounds.com sub-domains, distinct
from the set of review.ehound.com sub-domains, that E-Hounds was also running.  Figure 5
shows the results of a query against the ehreview.ehounds.com sub-domains, confirming that
such sub-domains are valid and displaying the associated IP address for each domain.



Enter a host name or an IP address:

ehreview.ehounds.com      Go »

*Related Tools:* DNS Traversal  Traceroute  Vector Trace  Ping  WHOIS Lookup

```
            Source: whois.arin.net
        IP Address: 24.96.249.110
              Name: HUNT24962490-24
            Handle: NET-24-96-249-0-1
 Registration Date: 7/26/09
             Range: 24.96.249.0-24.96.249.255
          Customer: Radiance Technologies
   Customer Handle: C02282391
           Address: 350 Wynn Dr.
              City: Huntsville
    State/Province: AL
       Postal Code: 35816
           Country: United States
      Name Servers:
```



Fig 5.

39.     Vound employees visited each of the internet addresses identified in Figures 3, 4 and 5 and observed Intella® Software running on each website.  Each website showed Intella® Software displaying the E-Hounds marks depicted in Figure 2.

40.     Based on the functional limitations imposed in the Intella® Software, E-Hounds' operation of the sub-domains for the benefit of E-Hounds' clients required the use of an

unauthorized Dongle, thereby violating the SLA.    Vound, upon learning of E-Hounds'
modification of the Intella® Software and its use of an unauthorized Dongle, contacted E-
Hounds and requested that E-Hounds take corrective action to remedy its breaches of the SLA.
Exhibit B.

      41.     In response to questioning by Vound's counsel, E-Hounds admitted to its use of
the sub-domains in Figure 3, as well as "many many more" sub-domains, and that such use
"probably represents a security hole too."

      42.     In response to questioning, E-Hounds also revealed that, in addition to the Pro
Dongle and Connect Dongle described above in Paragraphs 17-18, E-Hounds is using a Dongle
with the identification number 456595732 (the "Unauthorized Connect Dongle").  The
Unauthorized Connect Dongle does not appear in Vound's license server or sales records and,
therefore, may be the product of an unauthorized duplication process.  On February 2, 2021, E-
Hounds provided a screenshot evidencing that the Unauthorized Connect Dongle was in E-
Hounds' possession and plugged into a local machine within E-Hounds' control (Figure 6).





Fig. 6

43.     On information and belief, and as reflected on the screenshot provided by E-Hounds, the Unauthorized Connect Dongle contains licenses for previous versions of Intella® Connect—specifically, versions 1.8 to 2.3.  A party in possession of a Dongle that contains Intella® Connect versions 1.8 to 2.3 has the technical ability (using a number of changes to the computer system to defeat the licensing limitations) to run an unlimited number of instances of Intella® Connect and is not subject to the functional limitation, first integrated in Intella® Connect version 2.4, that prevents a user from simultaneously running more than 2 instances.

44.     On information and belief, E-Hounds circumvented the Dongle authentication system by at least obtaining the Unauthorized Connect Dongle without purchasing additional licenses from Vound or modifying its existing Dongle(s) to circumvent the Dongle authentication system.

45. In connection with settlement negotiations that would ultimately prove unsuccessful, E-Hounds claimed that the Unauthorized Connect Dongle, which appeared on screenshots provided by E-Hounds to Vound and its counsel as recently as February 2, 2021, suddenly no longer existed. E-Hounds did not provide any explanation as to how the Unauthorized Connect Dongle coincidentally disappeared during the course of settlement negotiations.

46. Instead, E-Hounds claimed that it was in possession of only two Dongles, the Pro Dongle and the Connect Dongle.

47. As a result of E-Hounds' changing story, discussions between the parties were terminated in April 2021.

## COUNT I
### (Reverse Passing Off – 15 U.S.C. § 1125)

48. Vound, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

49. Vound owns the '612 Registration for the Intella trademark.

| Reg. No. | Reg. Date | Mark | First Use in Commerce | Good/Services |
|----------|-----------|------|----------------------|---------------|
| 5,787,612 | June 25, 2019 | INTELLA | November 10, 2008. | Downloadable digital forensics software for analyzing electronically stored information |

50. Vound created, authored, and employed the Intella trademark for its Intella® Connect and Intella® Pro software.

16

51.     The Intella mark is a valid, protectable, and distinctive trademark that has been registered on the principal register in the United States Patent and Trademark Office.

52.     Vound has used the Intella mark continuously in United States commerce since November 10, 2008.

53.     E-Hounds' removal of the Intella logo and trademark from the Intella® Software and addition of the E-Hounds name and logo to the Intella® Software and subsequent use in commerce with its customers is a violation of the Lanham Act, 15 U.S.C. § 1125(a).

54.     E-Hounds' actions have caused consumers to be confused as to the origin of the Intella® Software.

55.     E-Hounds' actions are willful and deliberate.

56.     E-Hounds' complained-of acts have damaged Vound and unless restrained will continue to damage Vound, including but not limited to, actual, compensatory and incidental damages, lost profits, loss of customers and potential investors and loss of business goodwill. Vound has no adequate remedy at law.

**COUNT II**
**(Breach of Contract)**

57.     Vound repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

58.     E-Hounds materially breached the SLA by modifying the Intella® Software to display the E-Hounds logo.

59.     E-Hounds also materially breached the SLA by running instances of Intella® Connect using improperly obtained Dongles and only paying for one license.

60.     Vound has performed all conditions to be performed on its part under the SLA.

61.     Vound has suffered damages resulting from E-Hounds' breaches of the SLA, including, but not limited to, actual, compensatory and incidental damages, lost profits, loss of customers and potential investors and loss of business goodwill.

## PRAYER FOR RELIEF

WHEREFORE, Vound prays for judgment and relief as follows:

A.     An entry of judgment holding that E-Hounds has infringed and is infringing the '612 Registration;

B.     An entry of judgment holding that E-Hounds has breached the SLA;

C.     Preliminarily and permanently enjoining E-Hounds from using E-Hounds's name and marks in conjunction with the Intella® Software;

D.     Requiring E-Hounds to return the Pro Dongles and the Connect Dongles to Vound;

E.     Requiring E-Hounds to provide Vound with an accounting of any and all sales of products or services that infringe or violate any of Vound's rights described herein;

F.     Awarding Vound monetary relief including damages sustained by Vound in an amount not yet determined, including pre- and post-judgment interest;

G.     Awarding Vound actual or statutory damages for infringement and willful infringement under 15 U.S.C. § 1125, as appropriate;

H.      Awarding Vound its costs and attorneys' fees in this action; and

I.     Such further and other relief as the Court may deem proper and just.

## DEMAND FOR JURY TRIAL

Vound demands a jury trial on all issues so triable.

POTTER ANDERSON & CORROON LLP


By: */s/ Alan R. Silverstein*  
      Stephen C. Norman (#2686)  
      Tyler J. Leavengood (#5506)  
      Alan R. Silverstein (#5066)  
      Hercules Plaza  
      P.O. Box 951  
      Wilmington, DE  19899  
      (302) 984-6000  
      snorman@potteranderson.com  
      tleavengood@potteranderson.com  
Dated: June 14, 2021      asilverstein@potteranderson.com  
7190008

*Attorneys for Plaintiffs Vound Colorado, Ltd. and Vound, LLC*

# EXHIBIT A

# VOUND COLORADO LTD SOFTWARE LICENSE AGREEMENT

PLEASE READ THIS SOFTWARE LICENSE AGREEMENT CAREFULLY BEFORE USING OUR SOFTWARE. BY USING, COPYING OR DISTRIBUTING ALL OR ANY PORTION OF OUR SOFTWARE, YOU ACCEPT ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT. YOU AGREE THAT THIS AGREEMENT IS ENFORCEABLE LIKE ANY WRITTEN NEGOTIATED AGREEMENT SIGNED BY YOU. IF YOU ARE USING THE SOFTWARE ON BEHALF OF AN ENTITY, YOU REPRESENT THAT YOU HAVE THE FULL AUTHORITY TO BIND SUCH ENTITY AND ITS AFFILIATES TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT AND THAT YOU ARE ACCEPTING SUCH TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, YOU MAY NOT USE THE SOFTWARE.

Vound, its affiliates and its suppliers own or use under license all intellectual property in the Software. Vound permits You to Use the Software only in accordance with the terms and conditions of this Agreement.

1. **Definitions.** "Software" means (a) all software files and other computer information provided with this Agreement, including without limitation (i) Intella P.I, Intella 10, Intella 100, Intella 250 , Intella Professional, Intella Connect, Intella TEAM, Intella Viewer, Intella Processor (ii) related explanatory written materials or files ("Documentation"), and (iii) fonts; and (b) upgrades, modified versions, updates, additions to and copies of such information, if any, to the extent not provided under separate terms. "Use" or "Using" means to access, install, download, copy or otherwise benefit from using the functionality of the Software in accordance with the Documentation. "Vound" means Vound Colorado, Ltd, a Colorado limited liability corporation, 10643 N. Frank Lloyd Wright Blvd., Suite 101. "You" means the individual Using the Software or the legal entity and its affiliates on whose behalf the Software is being Used. "Maintenance and Support Agreement" means the Vound Colorado Ltd. Software Maintenance and Support Agreement, located at https://www.vound-software.com/SMA.

2. **License.** Subject to the terms and conditions of this Agreement, including without limitation payment of the license fee pursuant to Section 8 below, Vound grants to You a non-exclusive, non-transferable, limited right to Use the Software, in object code form only, and associated Documentation, solely for Your internal business purposes. Prior to paying the license fee pursuant to Section 8 below, but subject to all other terms and conditions of this Agreement, your Use of the Software shall be further limited to internal non-commercial purposes only. You may Use the Software on any device connected to the USB device (the "Dongle") issued by Vound. Vound will only issue one Dongle in connection with this Agreement. Except as otherwise set forth in the Maintenance and Support Agreement, Vound will not replace lost, stolen or damaged Dongles.

3. **Restrictions Applicable To Academic Institutions and their Faculty, Staff, and Students.** In addition to other licensing restrictions set forth in this Agreement, the following additional restrictions apply to academic institutions and their faculty, staff and students: (a) the production and publication of presentations, dissertations, white papers, reviews and similar work products discussing, analyzing or reviewing the Software shall clearly acknowledge, in the preface or introduction, whether the author(s) and/or contributors were trained and/or certified by Vound in the Use of the Software; and (b) You shall not Use the Software in the production or publication of presentations, dissertations, whitepapers, reviews and similar works until You have paid the License Fee in full.

4. **Restrictions.** With respect to the Software, in whole or in part, You may not: (a) decompile, disassemble, decrypt, extract, reverse engineer or otherwise attempt to obtain the source code of the Software, except to the extent expressly permitted by applicable law despite this limitation; (b) copy or otherwise reproduce the Software, in any format (electronic, print or other format), except to the extent expressly permitted by Vound in writing; (c) modify, revise, adapt or otherwise prepare derivative works of the Software; (d) distribute, publicly perform or publicly display the Software; (e) Use the Software to operate a service bureau or otherwise rent, lease, loan, sub-license or sell the Software to any other party; (f) permit or authorize any other person or entity to do any of the foregoing. Any rights not explicitly granted under this Agreement are hereby reserved.

5. **Proprietary Rights.** The Software is being licensed, not sold, to You. You acknowledge that ownership of the Software, including all intellectual property rights therein and all modifications thereof is, and shall remain in, Vound and its licensor(s). You agree to reproduce and include all copyright and other proprietary notices included in the Software on any copy, full or partial, of the Software. The Software is protected by copyright laws and international copyright treaties as well as other intellectual property laws and treaties.

6. **Confidentiality.** The Software is the confidential and proprietary information of Vound and/or its licensors. You agree to Use the Software only for the purposes specifically contemplated herein and You will use the same degree of care to protect the Software from unauthorized access, and to prevent unauthorized disclosure or use, as You Use for Your own confidential information and in no case less than a reasonable degree of care.

7. **Term.** This Agreement is effective from the date You receive access to the Software and remains in force until terminated. This Agreement will terminate automatically without notice if You fail to comply with any term or condition of this Agreement. Furthermore, Vound may terminate this Agreement immediately in accordance with Sections 13 or 15 below. Upon termination, Your access to the Software will cease immediately.

8. **License Fee.** You shall pay to Vound the license fee indicated in the fee schedule located at https://www.vound-software.com/Retail-Pricing (the "License Fee") within thirty (30) days of the date of invoice from Vound, or, if no invoice has been received, then within fourteen (14) days of installing the Software on your device. As stated in Section 2 above, You are not permitted to Use the Software for any business purpose prior to full payment of the license fee.

9. **Warranties.** Vound represents and warrants that Vound has the right to grant licenses to You in accordance with the terms and conditions of this Agreement and that the Software will conform in material respects to Vound's then-current Documentation.

10. **Disclaimers.** EXCEPT WITH RESPECT TO THE FOREGOING, AND SUBJECT TO THE LEGAL REQUIREMENT OF ANY JURISDICTION THAT CANNOT BE VARIED BY CONTRACT, YOU ACKNOWLEDGE THAT THE SOFTWARE IS PROVIDED "AS IS, WHERE IS." ALL EXPRESS OR IMPLIED CONDITIONS, REPRESENTATIONS AND/OR WARRANTIES, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT, ARE DISCLAIMED. YOU ASSUME ALL RISK AS TO SELECTION, QUALITY, INSTALLATION, RESULTS AND PERFORMANCE OF THE SOFTWARE AND, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, THE COMPLETENESS AND ADEQUACY FOR YOUR PURPOSE. VOUND DOES NOT WARRANT THAT THE SOFTWARE WILL MEET YOUR REQUIREMENTS OR THAT THE OPERATION OF THE SOFTWARE WILL BE UNINTERRUPTED OR ERROR FREE.

11. **Limitation of Damages.** SUBJECT TO THE LEGAL REQUIREMENT OF ANY JURISDICTION THAT CANNOT BE VARIED BY CONTRACT, IN NO EVENT WILL VOUND BE LIABLE FOR ANY PUNITIVE, SPECIAL, EXEMPLARY, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING WITHOUT LIMITATION LOSS OF BUSINESS, REVENUE, PROFITS,

USE, DATA OR OTHER ECONOMIC ADVANTAGE) ARISING OUT OF OR RELATING TO THIS AGREEMENT OR YOUR USE OF THE SOFTWARE, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE), EVEN IF VOUND HAS BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. IN NO EVENT SHALL VOUND'S AGGREGATE LIABILITY TO YOU FOR CLAIMS RELATING TO YOUR USE OR INABILITY TO USE THE SOFTWARE, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE), EXCEED THE AMOUNT PAID BY YOU FOR USE OF THE SOFTWARE. THIS SECTION ALLOCATES THE RISK OF DAMAGES OR LOSS RESULTING FROM USE OF THE SOFTWARE AND CONSTITUTES A MATERIAL INDUCEMENT TO VOUND TO ENTER INTO THIS AGREEMENT. ACCORDINGLY, YOU AGREE THAT DAMAGES AND LIABILITY WILL BE SUBJECT TO THESE LIMITATIONS, EVEN IF THE REMEDY LIMITED AS SET FORTH ABOVE FAILS OF ITS ESSENTIAL PURPOSE.

12. **Indemnification by You.** As an express condition to Your Use of the Software, You agree to defend, indemnify and hold harmless Vound from any and all claims by third parties arising out of or in connection with (a) Your Use of the Software in any manner that is not in compliance with the Documentation or this Agreement, or (b) actual or alleged violation of any third party's proprietary rights due to the combination of this Software with any third party products.

13. **Indemnification by Vound.** Vound will defend You in any suit or cause of action alleging that the Software, as provided by Vound and used in accordance with the terms of this Agreement, infringe upon any United States copyright, trade secret, or other proprietary right of a third party. Vound will pay damages, including reasonable attorneys' fees, assessed against You in any such suit or cause of action, provided that (i) Vound is promptly notified in writing of such suit or cause of action, (ii) Vound controls any negotiations or defense and You assist Vound as reasonably required by Vound, and (iii) You take all reasonable steps at Vound's expense to mitigate any potential damages that may result. The foregoing indemnification will not apply and Vound will not be liable for any damages assessed in any suit or cause of action to the extent resulting from (a) Your Use of the Software in any manner that is not in compliance with the Documentation or this Agreement, or (b) actual or alleged violation of any third party's proprietary rights due to the combination of this Software with any third party products. If Vound reasonably believes the Software might be, or if the Software is found to be, infringing or violating the proprietary rights of any third party, then Vound shall have the option, at its expense, to: (a) modify the Software to be non-infringing; (b) obtain for You a license to continue Using the Software; or (c) terminate this Agreement. This Section states Vound's entire liability for infringement or other violations of any third party's proprietary rights.

14. **Maintenance, Support and Usage Limitations.** No maintenance or support shall be provided under this Agreement. All maintenance and support, including without limitation technical support, user support, training, upgrades and updates, will be provided only by separate agreement with Vound. BY USING OR REQUESTING ANY SUPPORT OR MAINTENANCE SERVICES FROM VOUND, YOU ACCEPT ALL OF THE TERMS AND CONDITIONS OF THE MAINTENANCE AND SUPPORT AGREEMENT (LOCATED AT https://www.vound-software.com/support-policy), INCLUDING WITHOUT LIMITATION THE PROGRAM USAGE LIMITATIONS FOUND THEREIN, AND AGREE THAT SUCH AGREEMENT IS ENFORCEABLE LIKE ANY WRITTEN NEGOTIATED AGREEMENT SIGNED BY YOU. Under the Maintenance and Support Agreement, maintenance services are included in the License Fee of this Agreement for the first twelve (12) months following payment, and support services for Software other than Intella P.I. is included in the License Fee of this Agreement for the first thirty (30) days following payment and submission of a support ticket by You. Support for Intella P.I. is only available through the online user form located at http://community.vound-software.com.

15. **Changes to this agreement.** All quoted prices and invoices are based on the acceptance of our standard legal terms and conditions (Vound's EULA). Hence, Vound will only consider changes

to this agreement (Vound's EULA) based on the payment of a minimum legal consultation fee of US$8000 (User pays). Should Vound's legal consultation costs be more than the minimum US$8000, this amount will be invoiced accordingly. All fees must be paid in advance of any change requests or discussions. Please contact Vound sales for payment details in advance of making a change request. For purchases of over US$250,000 this fee may be waived.

16. **General.** This Agreement is between You and Vound relating to the Software. It supersedes all prior or contemporaneous oral or written communications, proposals, warranties and representations with respect to its subject matter, and following Your acceptance of this Agreement by clicking on the "I Agree" button, will prevail over any conflicting or additional terms of any other communications by or between You and Vound. No modification to this Agreement is binding unless in writing and signed by an authorized representative of each party. A waiver or failure by either party to exercise, in any respect, any right provided for herein shall not be deemed a waiver of any further right hereunder. If any provision of this Agreement is held to be in violation of applicable law, void or unenforceable, then such provision shall be waived to the extent necessary for this Agreement to be otherwise enforceable; however, if deletion of any provision of this Agreement by operation of this Section unreasonably compromises, in Vound's reasonable determination, the rights or liabilities of Vound and/or its licensors, then Vound reserves the right to terminate this Agreement. This Agreement is made under, shall be governed by and construed in accordance with, the laws of the State of Delaware, U.S.A., excluding its choice of law provisions. Courts located in the State of Delaware shall have exclusive jurisdiction over any Action seeking to enforce any provision of, or based upon any right arising out of, this Agreement. You and Vound irrevocably submit to the personal jurisdiction of such courts, waive any objection to venue and consent to service of process by registered mail, return receipt requested, at your address on file with Vound and at the address of Vound in Section 1 above. You may not assign this Agreement, or otherwise transfer any of Your rights or responsibilities under this Agreement, without the prior written consent of Vound. Section 5 (Proprietary Rights), Section 6 (Confidentiality), Section 10 (Disclaimers), Section 11 (Limitation of Damages), Section 12 (Indemnification), and Section 15 (General) shall survive termination or expiration of this Agreement.

# EXHIBIT B



1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

**Tyler J. Leavengood**
Partner
tleavengood@potteranderson.com
302  984-6183 Direct Phone
302  658-1192 ax

January 30, 2021

**BY E-MAIL AND FIRST-CLASS MAIL**

Adam Sharp
E-Hounds, Inc.
32815 US Hwy 19 N, Suite 100
Palm Harbor, FL 34684
adsharp@ehounds.com

Re:     Intella Connect

Dear Mr. Sharp:

I write on behalf of my client Vound Colorado Ltd. ("Vound") with respect to the misuse by your company, E-Hounds, Inc ("E-Hounds"), of Vound's Software (as such term is defined in Vound's License Agreement).

As an initial matter, it has come to our attention that E-Hounds appears to have altered the install file for Intella Connect in order to replace Vound's registered trademarks with E-Hounds' own branding, as evidenced by E-Hounds' website.  (*See* App'x 1 hereto.)  In so doing, E-Hounds has violated the Vound License Agreement that governs E-Hounds' use of the Software, including the prohibition, under Section 4 of the License Agreement, against modification of the Software.  Accordingly, pursuant to Section 7 of the License Agreement, Vound has the right to immediately terminate E-Hounds' access to the Software.

In addition, the display of E-Hounds' branding on the Intella Connect portal and elsewhere constitutes a violation of federal law.  By replacing, without authorization, the Intella Connect mark with E-Hounds' mark, E-Hounds has provided a "false designation of origin" with respect to Intella Connect that is "likely to cause confusion … as to the origin, sponsorship, or approval" of the good by another person.  15 U.S.C. § 1125(a)(1)(A).  Accordingly, E-Hounds is engaged in "reverse passing off" of Vound's Software under Section 43(a) of the Lanham Act and, therefore, is liable to Vound for any damages.  *See* 15 U.S.C. § 1125.

Lastly, E-Hounds appears to be running multiple instances of Vound's Software, despite the fact that E-Hounds has paid for the right to run only one instance.  (*See* App'x 2 hereto.)  Such use constitutes a separate violation of Vound's License Agreement and, as such, also supports immediate termination of E-Hounds' access to the Software.  *See* License Agreement, §§  4, 7.

Within five (5) business days hereof, please provide an explanation regarding the issues

Mr. Adam Sharp
January 30, 2021
Page 2

identified herein and identify the corrective actions you intend to take.  Vound reserves all rights and claims, and waives none.

<div style="margin-left: 50%;">

Respectfully,

*/s/ Tyler J. Leavengood*

Tyler J. Leavengood

</div>

TJL:7022633
cc:  Peter Mercer

# APPENDIX 1





**APPENDIX 2**

Enter a host name or an IP address:



Related Tools: DNS Traversal   Traceroute   Vector Trace   Ping   WHOIS Lookup

```
             Source: whois.arin.net
         IP Address: 24.96.249.110
               Name: HUNT24962490-24
             Handle: NET-24-96-249-0-1
  Registration Date: 7/26/09
              Range: 24.96.249.0-24.96.249.255
           Customer: Radiance Technologies
    Customer Handle: C02282391
            Address: 350 Wynn Dr.
               City: Huntsville
     State/Province: AL
        Postal Code: 35816
            Country: United States
       Name Servers:
```

The IPWHOIS Lookup tool finds contact information for the owner of a specified IP address.

Enter a host name or an IP address:



Related Tools: DNS Traversal   Traceroute   Vector Trace   Ping   WHOIS Lookup

```
             Source: whois.arin.net
         IP Address: 24.96.249.111
               Name: HUNT24962490-24
             Handle: NET-24-96-249-0-1
  Registration Date: 7/26/09
              Range: 24.96.249.0-24.96.249.255
           Customer: Radiance Technologies
    Customer Handle: C02282391
            Address: 350 Wynn Dr.
               City: Huntsville
     State/Province: AL
        Postal Code: 35816
            Country: United States
       Name Servers:
```

Enter a host name or an IP address:



Related Tools: DNS Traversal   Traceroute   Vector Trace   Ping   WHOIS Lookup

```
             Source: whois.arin.net
         IP Address: 24.96.249.112
               Name: HUNT24962490-24
             Handle: NET-24-96-249-0-1
  Registration Date: 7/26/09
              Range: 24.96.249.0-24.96.249.255
           Customer: Radiance Technologies
    Customer Handle: C02282391
            Address: 350 Wynn Dr.
               City: Huntsville
     State/Province: AL
        Postal Code: 35816
            Country: United States
       Name Servers:
```